UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK, | CASE NO. 1:17-cv-01610-LJO JLT (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE;** |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR INSTRUCTION; AND** |
| TUOLUMNE COUNTY SHERIFF'S OFFICE, et al., | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND** |
| Defendants. | (Docs. 25, 26, 29) |
| | **THIRTY-DAY DEADLINE** |

On January 9, 2019, the Court screened plaintiff's second amended complaint and found it to state cognizable claims against Does 1, 2, and 3, deputies of the Tuolumne County Sheriff's Office ("TCSO") who booked plaintiff into jail. (Doc. 21.) Since plaintiff did not know the identities of these individuals, plaintiff's request to serve a subpoena on the TCSO was granted, and the TCSO was directed to submit a response within 30 days of service. The subpoena was executed on January 11, 2019. (Doc. 22.)

On February 28, 2019, plaintiff filed a notice claiming that he had not yet received any documents from the TCSO. (Doc. 23.) In response, this Court issued an Order to Show Cause to

the TCSO why it should not be held in contempt for failure to comply with the subpoena. (Doc. 24.) Based on the Tuolumne County Counsel's response to the Order to Show Cause as well as an updated notice filed by plaintiff, it appears responsive documents have now been served on plaintiff.[1] Accordingly, the Order to Show Cause is discharged.

In a subsequent filing titled "Request for Further Instruction" (Doc. 29), plaintiff asks whether he should file the documents received from the TCSO with the Court. Generally, such documents are not to be filed with the Court until and unless they are in dispute.

Plaintiff also moves to amend his complaint to substitute the real names of the Doe defendants. In addition, plaintiff seeks to clarify certain factual details in his pleading and to add new defendants. Considering the procedural posture of this case and plaintiff's right to amend his pleading once as a matter of course, see Fed. R. Civ. P. 15(a)(1), this motion will be denied as moot. The Court thus **ORDERS** that:

1. The March 12, 2019, Order to Show Cause (Doc. 26) is **DISCHARGED**;
2. Plaintiff's motion to amend (Doc. 25) is **DENIED** as moot. Plaintiff shall file his third amended complaint within thirty days from the date of this Order;
3. Plaintiff's request for further instruction (Doc. 29) is **GRANTED**; and
4. The Clerk of Court is directed to serve a copy of this Order on counsel for County of Tuolumne:
   **Lynn A. Garcia**
   **Spinelli, Donald & Nott**
   **601 University Avenue, Suite 225**
   **Sacramento, CA 95825**

IT IS SO ORDERED.

Dated: __**April 25, 2019**__                 ____**/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is correct that TCSO's response was mailed to him on February 12, 2019, slightly beyond the 30-day deadline set forth in the Court's Order. While the response was indeed untimely, the Court declines to impose sanctions on the TCSO for this brief delay.