UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:17-cv-01610-LJO JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND GRANTING MOTION FOR RECEIPT VERIFICATION**<br>(Docs. 33, 35, 38) |

Plaintiff has filed a motion requesting document receipt verification and further instruction regarding the status of his third amended complaint. The Court screened that pleading and ordered service on several defendants. Also pending are plaintiff's two motions for extensions of time to submit documents to effectuate. Because it appears that plaintiff has timely submitted the necessary documents and service has already been ordered (see Doc. 37), these motions are denied. Accordingly, the Court GRANTS plaintiff's motion for receipt verification and DENIES as moot plaintiff's motions for extension of time.

IT IS SO ORDERED.

　　Dated:　**December 6, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE