UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:17-cv-01610-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW**<br>(Docs. 42, 43) |

Pending is plaintiff's request for entry of default and for judgment as to all defendants. (Doc. 42.) He now moves to withdraw that motion on the ground that it was mistakenly filed. (Doc. 43.) Accordingly, the Court **GRANTS** plaintiff's motion to withdraw.

IT IS SO ORDERED.

Dated: __**April 7, 2020**__　　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE