UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK,<br><br>    Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | No. 1:17-cv-01610-NONE JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS;<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; AND<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S FOURTH AMENDED COMPLAINT<br><br>(Docs. 44, 49, 50) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections were to be filed within fourteen days. (Doc. No. 49.) Plaintiff has not filed objections. Instead, he lodged a Fourth Amended Complaint. (Doc. No. 50.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2020, (Doc. No. 49), are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 44) is granted;
3. The Clerk of Court is directed to file the lodged Fourth Amended Complaint (Doc. 50); and
4. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **July 16, 2020**                         /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE

2