UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK,<br><br>            Plaintiff,<br><br>    v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendants. | CASE NO. 1:17-cv-01610-NONE JLT (PC)<br><br>**ORDER REFERRING THE CASE TO POST-SCREENING ADR PROJECT AND STAYING THE CASE FOR 90 DAYS** |

       When at least one defendant has been served and/or filed an answer, the Court is referring all post-screening, civil rights cases filed by pro se inmates to the Post-Screening Alternative Dispute Resolution Project to attempt to resolve cases more quickly and less expensively.

       As set forth in the findings and recommendations to grant in part Defendants' motion to dismiss, which was adopted in full by the Honorable Dale A. Drozd (Docs. 59, 60), the Court has found the plaintiff has stated at least one cognizable civil rights claim. Thus, the Court **STAYS this action for 90 days** to allow the parties to investigate the plaintiff's claims, meet and confer, and participate in a settlement conference. If after investigating plaintiff's claims and speaking with plaintiff, counsel finds in good faith that a settlement conference would be a waste of resources, defense counsel may move to opt out of this pilot project.

       **Within 35 days**, defense counsel **SHALL** contact the Courtroom Deputy Clerk at

SHall@caed.uscourts.gov, to schedule the settlement conference. If the settlement conference cannot be set quickly due to the court's calendar, the parties may seek an extension of the initial 90-day stay. Based upon the foregoing, the Court **ORDERS**:

1. **This action is STAYED for 90 days** to allow the parties an opportunity to settle their dispute before a responsive pleading is filed, or the discovery process begins. No other pleadings or other documents may be filed in this case during the stay. The parties **SHALL NOT** engage in formal discovery, but they may jointly agree to engage in informal discovery.

2. **Within 30 days from the date of this order**, the parties **SHALL** file the attached notice, indicating their agreement to proceed to an early settlement conference or whether they believe settlement is not achievable at this time.

3. **Within 35 days from the date of this order**, defense counsel **SHALL** contact this court's Courtroom Deputy Clerk at SHall@caed.uscourts.gov, to schedule the settlement conference;

4. If the parties settle their case during the stay of this action, they **SHALL** file a Notice of Settlement as required by Local Rule 160;

5. The Clerk of the Court **SHALL** serve via email a copy of this order to ADR Coordinator Sujean Park.

IT IS SO ORDERED.

   Dated:   **November 30, 2020**             **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK, | CASE NO. 1:17-cv-01610-NONE JLT (PC) |
| Plaintiff, | **NOTICE REGARDING EARLY SETTLEMENT CONFERENCE** |
| v. | |
| TUOLUMNE COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

1. The party or counsel for the party signing below, agrees that there is a good chance that an early settlement conference will resolve this action and wishes to engage in an early settlement conference.

   Yes  \_\_\_\_        No  \_\_\_\_

2. The plaintiff (Check one):

   \_\_\_\_\_ Would like to participate in the settlement conference in person, OR

   \_\_\_\_\_ Would like to participate in the settlement conference by video conference.

Dated:

_____

Plaintiff or Counsel for Defendants

3