UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE BROCK,<br><br>              Plaintiff,<br><br>      v.<br><br>TUOLUMNE COUNTY SHERIFF'S OFFICE, et al.,<br><br>              Defendants. | CASE NO. 1:17-cv-01610-NONE JLT (PC)<br><br>**ORDER AFTER NOTICE OF SETTLEMENT** |

The defense attorney has notified the Court that the matter has settled the matter and indicated the parties will seek dismissal of the action soon. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than April 2, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **February 23, 2021**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE